# EXHIBIT B

## 履约连带责任保证担保函

致：中铁大成（珠海）投资管理有限公司

鉴于贵方与上海富控互动娱乐股份有限公司（以下简称"富控互动"）于 2017 年 11 月 16 日签订了编号为 ZTDC-JKHT1711-06 的《借款合同》（以下简称"主合同"）。根据主合同约定，贵方需向富控互动发放不低于人民币叁仟万元整（￥30,000,000.00）的借款。为了保证贵方依据主合同所享有的权利得以实现，本保证人（见附件：保证人营业执照复印件）自愿依照本履约连带责任保证担保函（以下简称"本函"）的条款和条件，向贵方提供如下保证担保：

1、本保证人自愿且无条件为富控互动履行主合同提供连带责任保证担保，担保富控互动完全依照约定履行主合同项下的全部义务。在主合同规定的债务履行期届满前，如贵方根据主合同约定提前向富控互动追索，本保证人亦应在本函第 2 条所确定的保证范围内承担连带保证责任。

2、保证范围为：主合同项下之借款本金、利息、罚息、违约金、损害赔偿金、实现债权和担保权利的费用（包括但不限于催收费、诉讼费、评估费、保全费、公告费、律师费、执行费、差旅费等）以及所有富控互动依据主合同应当支付的其他费用。

3、保证期间为：自主合同项下借款期限届满之日起二年。主合同项下借款展期的，本保证人予以认可，贵方可无须另行知会本保证人，本保证之保证期间相应顺延。

4、本保证人确认：贵方收到本函后，如主合同项下条款发生任何变更或补充（本函第 3 条情形除外），在征得本保证人的同意后，本保证人予以认可，且不影响本保证人依据本函所承担的连带保证担保责任。

5、本保证人确认：本函是独立、持续有效、不可撤销和无条件的，即在富控互动未履行完毕主合同项下的全部义务前，本函的效力、保证人的保证担保责任和义务不会终止或解除。

6、本函不受主合同效力的影响，不受富控互动与任何单位签订的任何协议、文件的影响，也不因富控互动的欺诈、重组、停业、解散、清算、破产等任何变化而变化。本保证人的保证责任也不因受到任何指令、自身财务状况的改变、与任何单位或个人签订的任何协议而免除。即使在同时有抵/质押担保或其他保证人的情况下，贵方放弃或解除抵、质押担保或解除其他保

证人保证责任，本保证人依然按本函的保证范围对贵方承担保证责任。

7、本保证人对主合同项下的本金利息不行使抗辩权（包括但不限于一般抗辩权、顺序履行抗辩权、债务清偿比例抗辩权等），在富控互动不履行或不完全履行主合同项下之义务时，贵方可直接向本保证人追索，本保证人无条件在贵方追索之日代为清偿本金利息。

8、对于贵方主张的罚息、违约金、损害赔偿金、实现债权和担保权利的费用（包括但不限于催收费、诉讼费、评估费、保全费、公告费、律师费、执行费、差旅费等）以及所有富控互动依据主合同应当支付的其他费用，在贵方向本保证人发出书面通知之日起三日内，本保证人代为履行。

9、本保证人出具本函是本保证人的真实意思表示，不存在任何欺诈或胁迫或重大误解之因素。

10、本函所使用术语，除另有明确说明外，均具有与主合同规定相同的含义。

11、本函适用中华人民共和国的法律，因本函所产生的争议，本保证人同意采取主合同所约定的纠纷解决方式。

12、本函自本保证人法定代表人（或授权代表）签字并盖章之日起生效。

13、本函一式贰份，贵方与本保证人各持壹份，均具有同等法律效力。

特此致函！


保证人（盖章）：上海申技企业集团有限公司

法定代表人（签字）：

2017 年 11 月 16 日

- 2 -

# Letter of Guarantee for Joint and Several Liability of Performance

To: Zhongtie Dacheng (Zhuhai) Investment Management Co., Ltd.

WHEREAS you and Shanghai Fukong Interactive Entertainment Co., Ltd. ("Fukong Interactive" hereinafter) signed the *Loan Contract* (Contract Number: **ZTDC-JKHT1711-06**) (the "Main Contract" hereinafter) on November 16, 2017. Pursuant to the Main Contract, you shall lend to Fukong Interactive a loan no less than ￥30,000,000.00 (RMB Thirty Million). To guarantee the realization of your right under the Main Contract, the Guarantor (See the Annex: the Duplicate of the Guarantor's Business License) voluntarily offers the following guarantee for you in accordance with the terms and conditions of this Letter of Guarantee for Joint and Several Liability of Performance ("this Letter" hereinafter):

1. The Guarantor voluntarily and unconditionally offers the joint and several liability guarantee for Fukong Interactive's performance of the Main Contract, and guarantees that Fukong Interactive will fully perform all duties under the Main Contract as agreed. In the event that you exercise the right of recourse against Fukong Interactive before expiry of the debt performance period stipulated by the Main Contract, the Guarantor shall also undertake the joint and several guarantee liability within the guarantee coverage defined in Article 2 of this Letter.

2. The guarantee coverage shall include: the loan principal, interest, interest penalty, liquidated damages, damage awards, fees for realization of creditor's right and guaranteed right (including but not limited to fees for collection, litigation, assessment, preservation, announcement, lawyer, implementation and travel) and all other fees payable by Fukong Interactive pursuant to the Main Contract.

3. The guarantee period is two years after the date of expiry of the loan period under the Main Contract. The Guarantor shall accept any loan period extension under the Main Contract, in which case you need not inform the Guarantor, and the guarantee period hereunder shall be extended accordingly.

4. The Guarantor confirms that: After your receipt of this Letter, in the event of any change or supplementation to any clause of the Main Contract (except the situation described in Article 3 of this Letter), the Guarantor may give permission and accept it, which will have no influence on the joint and several guarantee liability undertaken by this Letter.

5. The Guarantor confirms that: This Letter is independent, continuously effective, irrevocable and unconditional; in other words, the effect of this Letter as well as the guarantee liability and duty of the Guarantor will not be terminated or relieved prior to Fukong Interactive's completion of all its duty performance under the Main Contract.

6. This Letter shall be free from neither the validity of the Main Contract nor any agreement or document signed between Fukong Interactive and any other entity; it will not be changed due to any change of Fukong Interactive (such as fraud, reorganization, cessation, dissolution, liquidation or bankruptcy), too. Besides, the guarantee liability of the Guarantor shall not be exempted due to any order, any change in financial position or any agreement signed between the Guarantor and any other entity/individual. The Guarantor will always undertake for you the guarantee liability within the guarantee coverage even though there exists simultaneously any mortgage/pledge guarantee or any other guarantor, or you waive or discharge any mortgage/pledge guarantee or any other guarantor.

7. The Guarantor shall not exercise the right of defense (including but not limited to the right of general defense, sequence right of defense, debt service ratio right of defense, etc.) against the principal and interest under the Main Contract. If Fukong Interactive fails to (fully) perform duties under the Main Contract, you may directly exercise the right of recourse against the Guarantor, who will unconditionally pay off the principal and interest on behalf of Fukong Interactive on the day of your recourse.

8. For the interest penalty, liquidated damages, damage awards, fees for realization of creditor's right and guaranteed right (including but not limited to fees for collection, litigation, assessment, preservation, announcement, lawyer, implementation and travel) and all other fees payable by Fukong Interactive pursuant to the Main Contract that you claim, the Guarantor will pay them off on behalf of Fukong Interactive within three days after receipt of your written notice.

9. This Letter is the declaration of the Guarantor's genuine intention, and contains no fraud, coercion or gross misunderstanding.

10. The terminology of this Letter shall mean the same as the Main Contract clauses do, unless expressly stated otherwise.

11. This Letter shall be applicable to the laws of the People's Republic of China, and the Guarantor agrees to settle all disputes arising from this Letter in the same way as agreed under the Main Contract.

12. This Letter shall come into effect since the date it is signed and stamped by the legal representative (or authorized signatory) of the Guarantor.

13. This Letter is in two copies, both with the same legal effect, and you and the Guarantor shall keep one respectively.

It is hereby specified.

Guarantor (seal): Shanghai Zhongji Enterprise Group Co., Ltd.

Legal Representative (signature):

November 16, 2017

# 证明书

我，何焘，律师执业证号：【1110120080741502】，作为中铁大成（珠海）投资管理有限公司委托的律师，特此证明上海中技企业集团有限公司签署的《履约连带责任保证担保函》的复印件和原件一致，都是真实且有效的文件。

姓名：（签名）*[签名：何焘]*

职称：律师

律师事务所：北京中银律师事务所

2021.6.21

# CERTIFICATE

I, **TAO HE**, as the counsel for Zhongtie Dacheng (Zhuhai) Investment Management Co., Ltd., Chinese bar license No. [1110120080741502], hereby certify that the annexed copy of *Letter of Guarantee for Joint and Several Liability of Performance* signed by Shanghai Zhongji Enterprise Group Co., Ltd. has been compared with the original document in my possession or control, and that the same is true copy of said original.

[signature]

Name: Tao He

Title: lawyer

Firm: Beijing Zhong Yin law Firm

2021.6.21

## AFFIDAVIT OF YUNAN ZHANG

I, **YUNAN ZHANG**, Translator, from TalkingChina Translation Services Co., Ltd. of Rm. 8E, Xin'an Building (E), No. 200 Zhengning Rd., Shanghai, P.R.C. swear:

1. I am proficient in both Mandarin and English. Mandarin is my native language and I have been speaking English for 6 years.

2. I learned English from middle school to college in China. I obtained a Master's Degree in Translation And Interpreting from a university in Shanghai, China in 2015.

3. I have been asked to confirm that the translation of the following document is an accurate translation from Mandarin into English:

    *Letter of Guarantee for Joint and Several Liability of Performance signed by Shanghai Zhongji Enterprise Group Co., Ltd.*

4. I can confirm that the above original document has been translated accurately from Mandarin into English, both versions of which are attached to this affidavit.

*[signature: Yunan Zhang]*

YUNAN ZHANG

DATE: 06/21/2021

TalkingChina Translation Services Co., Ltd.