AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

ZHONGTIE DACHENG (ZHUHAI) INVESTMENT MANAGEMENT CO., LTD.
a China Company

*Plaintiff(s)*

v.

YAN, JINGGANG
an individual

*Defendant(s)*

Civil Action No. 8:22-cv-461 SVW (ADSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YAN JINGGANG
10 Sea Glass
Newport Coast, CA 92657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dan Tan, Esq.
Dan Tan Law
162 South Park Street
San Francisco, CA 94107
dan@dantanlaw.com
(646) 580-0080

Rongping Wu, Esq.
DGW Kramer LLP
One Rockefeller Plaza, Ste. 1060
New York, NY 10020
lwu@dgwllp.com
(917) 633-6860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/30/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* YAN, JINGGANG
was received by me on *(date)* 9/20/2022 .

☐ I personally served the summons on the individual at *(place)* XIAZHEN YAN
on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* XIAZHEN YAN
, a person of suitable age and discretion who resides there,
on *(date)* 9/22/2022 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/23/2022

*Server's signature*

ELY WAHBA
*Printed name and title*

5204 YARMOUTH #105 ENCINO, CA 91316
*Server's address*

Additional information regarding attempted service, etc: