1 | Conal Doyle, Esq., SBN 227554
2 | Stephen Beke, Esq. SBN 290972
  | DOYLE LAW, APC
3 | 280 S Beverly Drive, Penthouse
4 | Beverly Hills, CA 90212
  | T: (310) 385-0567
5 |
6 | Rongping Wu, Esq. (*Pro Hac Vice*)
  | DGW KRAMER LLP
7 | One Rockefeller Plaza
8 | 10th Floor, Ste. 1060
  | New York, NY 10020
9 | T: (917) 633-6860
10 | F: (917) 630-6183
11 |
  | Attorneys for Petitioner
12 | ZHONGTIE DACHENG (ZHUHAI)
  | INVESTMENT MANAGEMENT CO., LTD.
13 |
14 |
15 |             UNITED STATES DISTRICT COURT
16 |              CENTRAL DISTRICT OF CALIFORNIA
17 |

| | |
|---|---|
| ZHONGTIE DACHENG (ZHUHAI) INVESTMENT MANAGEMENT CO., LTD., a China Company<br><br>Petitioner,<br><br>vs.<br><br>YAN, JINGGANG, an individual, and LIANG, XIUHONG, an individual,<br><br>Respondents. | Case No.: 8:22-cv-00461-SSS-ADS<br><br>**RULE 7.1 NOTICE OF INTERESTED PARTIES** |

- 1 -

The undersigned, counsel of record for Petitioner Zhongtie Dacheng (Zhuhai) Investment Management Co., Ltd. ("Zhongtie" or "Petitioner"), certifies that the following listed party, or parties, may have a pecuniary interest in the outcome of this matter. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Petitioner Zhongtie Dacheng (Zhuhai) Investment Management Co., Ltd., and its majority shareholder:

    a. Qingdao Jingbei Business Management Co., Ltd.

Dated: October 12, 2022

Respectfully submitted,

DGW KRAMER LLP

By: /s/ Rongping Wu
    RongPing Wu (*pro hac vice*)

Attorneys for Petitioner
ZHONGTIE DACHENG (ZHUHAI)
INVESTMENT MANAGEMENT CO., LTD.