AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Central District of California

| | |
|---|---|
| ZHONGTIE DACHENG (ZHUHAI) INVESTMENT MANAGEMENT CO., LTD., a China Company<br><br>*Plaintiff(s)*<br>v.<br>YAN, JINGGANG, an individual, and LIANG, XIUHONG, an individual<br><br>*Defendant(s)* | Civil Action No.  8:22-cv-00461-SSS-ADS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YAN, JINGGANG
30 Seaglass
Newport Coast, CA 92657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Conal Doyle, Esq./Stephen Beke, Esq.
DOYLE LAW
280 S Beverly Drive, Penthouse
Beverly Hills, CA 90212
sbeke@conaldoylelaw.com
(310) 385-0567

Rongping Wu, Esq.
DGW Kramer LLP
One Rockefeller Plaza, Ste. 1060
New York, NY 10020
lwu@dgwllp.com
(917) 633-6860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/13/2022                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:22-cv-00461-SSS-ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JINGGANG YAN
was received by me on *(date)* 03/03/2023.

☑ I personally served the summons on the individual at *(place)* 31654 Rancho Viejo Rd., San Juan Capistrano, CA 92675 on *(date)* 03/20/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ $2,247.50 for services, for a total of $ $2,247.50.

I declare under penalty of perjury that this information is true.

Date: Mar 28, 2023

*Server's signature*
ANTHONY YANNIZZI (Mar 28, 2023 14:47 PDT)

A. Yannizzi, Orange County Registered Process Server #2999
*Printed name and title*

100 Spectrum Center, Irvine, CA 92618
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Amended Petition to Confirm Arbitration Award and For Entry of Judgment, Amended Memorandum of Points and Authorities in Support of Petition to Confirm Arbitration Award, Amended Declaration of Rongping Wu in Support of Petition to Confirm Arbitration Award, Civil Cover Sheet, Rule 7.1 Notice of Interested Parties