1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13

| | |
|---|---|
| ZHONGTIE DACHENG (ZHUHAI) INVESTMENT MANAGEMENT CO. LTD, A CHINA COMPANY PETITIONER, | CASE NO. 8:22-CV-461-SSS-ADSx |
| V. | **ORDER GRANTING JOINT STIPULATION EXTENDING DATE TO RESPOND TO PETITION** |
| YAN, JINGGANG, AN INDIVIDUAL AND LIANG, XIUHONG, AN INDIVIDUAL, | |
| RESPONDENTSS. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On May 10, 2023, Parties filed a Joint Stipulation extending date to respond to Petition.

The court, having considered the Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Respondents Jingang Yan and Xiuhong Liang will have until June 30, 2023 to respond to the Amended Petition filed at ECF 28.

IT IS SO ORDERED.

Dated: May 11, 2023

SUNSHINE S. SYKES
United States District Judge