UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHONGTIE DACHENG (ZHUHAI) INVESTMENT MANAGEMENT CO. LTD, A CHINA COMPANY<br><br>PETITIONER,<br>V.<br><br>YAN, JINGGANG, AN INDIVIDUAL AND LIANG, XIUHONG, AN INDIVIDUAL,<br><br>RESPONDENTS. | CASE NO. 8:22-CV-461-SSS-ADSX<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINE TO FILE FRCP 12(F) MOTION AND CONDUCT LR 7-3 MEET AND CONFER** |

On September 22, 2023, the Parties filed a Joint Stipulation extending the date for Petitioner to file a Fed. R. Civ. P. 12(f) motion and within which to conduct the Local Rule 7-3 meet and confer.

The court, having considered the Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

///

///

1

1. Petitioner Zhongtie Dacheng (Zhuhai) Investment Management Co., Ltd. will have until October 6, 2023 to file any motion pursuant to Fed. R. Civ. P. 12(f); and

2. The Parties will have until September 29, 2023 to conduct the required meet and confer pursuant to Local Rule 7-3.

IT IS SO ORDERED.

Dated: September 26, 2023

_____
SUNSHINE S. SYKES
United States District Judge

2