JS-6

1  Conal Doyle, Esq. (SBN: 227554)
2  conal@conaldoylelaw.com
   Doyle Law APC
3  280 S Beverly Drive, Penthouse
4  Beverly Hills, CA 90212
   T: (310) 385-0567
5
6  Rongping Wu, Esq. (*Pro Hac Vice*)
   lwu@dgwllp.com
7  DGW KRAMER LLP
8  One Rockefeller Plaza
   10th Floor, Ste. 1060
9  New York, NY 10020
10 T: (917) 633-6860

11 Attorneys for Petitioner:
12 ZHONGTIE DACHENG (ZHUHAI)
   INVESTMENT MANAGEMENT CO., LTD.
13

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
16
17

| 18 ZHONGTIE DACHENG (ZHUHAI) | Case No.: 8:22-cv-461-KK-ADS |
| 19 INVESTMENT MANAGEMENT | |
| 20 CO., LTD., a China Company | **ORDER GRANTING PETITION AND CONFIRMING AND ENFORCING THE AWARD AGAINST THE RESPONDENTS AND JUDGMENT AGAINST THE RESPONDENTS** |
| 21 Petitioner, | |
| 22 vs. | |
| 23 | |
| 24 YAN, JINGGANG, an individual, | |
| 25 Respondent. | |

Accordingly, having considered the circumstances of this case, as well as Petitioner Zhongtie Dacheng (Zhuhai) Investment Management Co., Ltd.'s Petition to Confirm/Enforce an Arbitral Award and Petitioner's Reply in Support of the Petition it is **HEREBY ORDERED** that:

1. Petitioner's Petition to Confirm/Enforce Arbitral Award is **GRANTED**.

2. Respondents, by virtue of the Personal Guaranties executed between them and the Petitioner, are jointly and severally liable to Petitioner for the following:

   a. RMB 15,000,000 in unpaid loan principal;
   b. RMB 5,316,700 in unpaid loan interest, plus ongoing accrual of interest on the unpaid loan principal, calculated from November 21, 2018, at the rate of 20% per annum, until the date the unpaid principal has been repaid;
   c. Costs of the Arbitration in the amount of RMB 159,183.50; and
   d. Costs of this instant Proceeding.

**RETENTION OF JURISDICTION**

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: January 12, 2024

Hon. Kenly Kiya Kato
United States District Judge